UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAUREN ANDERSEN,

       Plaintiff,        **ORDER**
                     CV 12-1049 (JFB)(ARL)
  -against-

NORTH SHORE LONG ISLAND JEWISH
HEALTHCARE SYSTEM'S ZUCKER HILLSIDE
HOSPITAL, et al.,

       Defendants.
------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

  Before the court is the *pro se* plaintiff Lauren Andersen's letter motion dated November 8, 2013 requesting a conference to discuss defense counsel's alleged misrepresentation of facts made in a response to plaintiff's application to the district court for sanctions and for an extension of time to oppose defendants' motion to dismiss. Defendants have not responded to the motion. Plaintiff's motion is denied.

  By Order dated September 13, 2013, the district court ruled on the plaintiff's application, *inter alia,* denying the motion for sanctions and granting the motion for an extension of time to file. In her letter application to the undersigned, plaintiff makes reference to her letter to Judge Bianco dated September 16, 2013 which discusses defense counsel's alleged misrepresentation of facts. Plaintiff's application concerns motion practice that was made to and ruled upon by the district court.

  If the plaintiff has any questions concerning the proper form or procedure for filing a letter motion, she is directed to contact the *pro se* office at (631) 712-6060 for additional assistance. Defendants are directed to serve a copy of this Order on the *pro se* plaintiff forthwith.


Dated: Central Islip, New York      **SO ORDERED:**
    December 3, 2013

                    _____/s_____
                    ARLENE R. LINDSAY
                   United States Magistrate Judge